UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MICHAEL WAYNE HILL )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         ) 4:20-CV-233-FL
MICHAEL WAYNE REVELS, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 29, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on January 29, 2021, and Copies To:**
Michael Wayne Hill (via U.S. Mail) 1665 Dogwood Pl, Apartment 1955, Pensacola, FL 32505

January 29, 2021                PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk