IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CV-233-FL

| | | |
|---|---|---|
| MICHAEL WAYNE HILL, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL WAYNE REVELLS, | ) | |
| Defendant. | ) | |

Plaintiff commenced this action by filing a motion for leave to proceed in forma pauperis on December 16, 2020, accompanied by proposed complaint, asserting that defendant, a police officer, kidnapped him on October 20, 2013. Upon frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B), the court dismissed plaintiff's complaint as time-barred. On March 3, 2021, the court denied plaintiff's post-judgment motion to amend complaint, concluding that plaintiff's proposed amended complaint suffered from the same deficiencies as plaintiff's original complaint.

This matter is before the court on plaintiff's filing, titled "motion for order of regress" (DE 12), wherein plaintiff states: "Dear Sirs, if I were to agree to the bar of time that is governed by general principles as if there is a point of reference not to be found, I would concur without conclusion. Therefor, [sic] I request an order to regress." (Mot. (DE 12) at 2). The motion is DENIED for the reasons stated in the court's March 3, 2021, order. Plaintiff is DIRECTED to cease his filings in this closed case.

SO ORDERED, this the 24th day of September, 2021.

LOUISE W. FLANAGAN
United States District Judge